

THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at GREENBELT

| | | |
|---|---|---|
| In re: | * | Case No. 20-20702-TJC |
| Derrick Stephen Sieber | * | Chapter 7 |
|     Debtor | * | |
| * * * * * * | * * * * * * * | |
| In re: | * | |
| District of Columbia | * | |
|     Plaintiff and Counter-Defendant | * | |
| v. | * | Adv. Proc. No. 21-00253 |
| Derrick Stephen Sieber, *et al.* | * | |
|     Defendant and Counter-Claimant | * | |
| * * * * * * | * * * * * * * | |

### ORDER PARTIALLY GRANTING THE DISTRICT OF COLUMBIA'S MOTION TO STAY THE ADVERSARY PROCEEDING

This adversary proceeding was initiated on December 8, 2021, by the District of Columbia against debtor Derrick Stephen Sieber ("Debtor"), seeking to deny his discharge under 11 U.S.C. §727(a)(4)(A) and to except certain debts allegedly owed by him from discharge under §523(a)(2). From the outset, the parties engaged in substantial briefing on Debtor's motion to dismiss the complaint, counterclaims filed by Debtor and his father Stephen Sieber ("Stephen")

1

against the District and four additional counter-defendants, and the District's motion to dismiss the counterclaims.

Prior to the hearing on the various motions, the District filed a Motion to Stay Adversary Proceeding Pending Outcome of Parallel State Court Action. ECF 56. The District asserts the claims that provide the grounds for relief in this adversary proceeding are the subject of ongoing litigation in the Superior Court for the District of Columbia (the "Superior Court Action"). The District initiated the Superior Court Action against Debtor on July 31, 2019. During the ensuing three years, the parties have engaged in substantial and active litigation and a jury trial is now scheduled for May 2023. The Superior Court Action will liquidate the claim the District seeks to be excepted from discharge in this adversary proceeding.

The District seeks to stay the entire adversary proceeding pending the outcome of the Superior Court Action. Debtor does not object to staying the District's claims against him in this adversary proceeding. He and Stephen, however, object, to staying the counterclaims that they have asserted against the District and the four other counter-defendants.

The Court held a hearing on the motion to stay on July 27, 2022. For the reasons stated on the record, the Court agreed with the parties that staying the District's claims against Debtor is in the best interest of all parties and will result in a more efficient use of the parties' resources.

The Court reaches a different conclusion, at least initially, with respect to the Debtor's and Stephen's counterclaims against the District and the four counter-defendants. The counterclaims raise threshold issues that must be resolved before the Court can even address the merits of the counterclaims or the motions to dismiss them. With respect to Stephen's counterclaims, those issues are whether the Court has subject matter jurisdiction to hear the claims and whether, if subject matter jurisdiction exists, the Court should abstain from hearing

them. With respect to Debtor's counterclaims, the Court must determine whether Debtor is the real party in interest and entitled to assert the claims, or whether the Chapter 7 trustee should be given an opportunity to join the counterclaims if she wishes. The Court is issuing simultaneously herewith an order to show cause to Stephen and an order to show cause to Debtor providing them the opportunity to address these threshold issues. In the event the counterclaims survive after the orders to show cause are resolved, the Court will then address whether to stay further proceedings on the counterclaims as requested by the District.

Accordingly, it is by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the District of Columbia's Motion to Stay Adversary Proceeding Pending Outcome of Parallel State Court Action is granted in part; and it is further

ORDERED, that the District of Columbia's claims against Derrick Sieber in this adversary proceeding are stayed pending the outcome of the Superior Court Action; and it is further

ORDERED, that the Court will issue orders to show cause to Derrick Sieber and Stephen Sieber to address the threshold issues identified in this order, and will address whether to stay the counterclaims upon resolution of the orders to show cause as appropriate.

cc:     all parties
        all counsel

**END OF ORDER**