

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **20–20702 – LSS**    Chapter: **7**    Adversary No.: **21–00253**

**Derrick Stephen Sieber**
Debtor

**District of Columbia**
Plaintiff

vs.

**Derrick Stephen Sieber**
Defendant

## ORDER THAT PLAINTIFF PROVIDE STATUS UPDATE

On July 28, 2022, the Court entered an Order Partially Granting the District of Columbia's Motion to Stay the Adversary Proceeding [Dkt. No. 63], which stayed this adversary proceeding pending resolution of the Superior Court Action, identified therein. The above–signed was added to this adversary proceeding on October 20, 2023. Nothing has been filed in this adversary proceeding since that date. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, within 10 days of the entry of this Order, Plaintiff shall file a line providing an update on the status of the Superior Court Action or the Court may dismiss this adversary proceeding without further notice or a hearing.

cc:    Plaintiff

   Attorney for Plaintiff – Nancy Alper

   Defendant

   Attorney for Defendant – PRO SE

**End of Order**