SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Case No. 2019 CA 5047 B** |
| v. : | **Judge Todd E. Edelman** |
| : | |
| **PRECISION CONTRACTING** : | |
| **SOLUTIONS, LP,** *et al.*, : | |
| : | |
| **Defendants.** : | |

# JUDGMENT

For the reasons set forth in the Order issued this day, it is this 18th day of December, 2024 hereby

ORDERED that Judgment is entered in favor of Plaintiff District of Columbia and against Defendants Precision Contracting Solutions, LP, Derrick Sieber, and Stephen Sieber, jointly and severally, in the amount of $2,200,235.39, plus post-judgment interest to accrue at the statutory rate *per annum* on the unpaid principal balance until the full amount is paid.

```
                                    _____
                                    Todd E. Edelman
                                    Associate Judge
                                    (Signed in Chambers)
```

*Copies to:*

Kevin Vermillion, Esq.
Lindsay Marks, Esq.
Margaret Ulle, Esq.
*Counsel for District of Columbia*
Kevin.vermillion@dc.gov
Lindsay.marks@dc.gov
Margaret.ulle@dc.gov

Edward W. Lyle
*Counsel for Precision Contracting Solutions, LP and Derrick S. Sieber*
Ewlyle@west1805.com

Stephen C. Sieber
*Pro Se Defendant*
Marco.stevie@gmail.com