eFiled
1/15/2025 3:25:11 AM
Superior Court
of the District of Columbia

**Form 1. Notice of Appeal Tax, Civil, Family Court - (Except Juvenile Cases), and Probate**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## NOTICE OF APPEAL (_____CROSS APPEAL)
## TAX, CIVIL, FAMILY COURT - (EXCEPT JUVENILE CASES), AND PROBATE

Superior Court Case Caption: Distict of Columbia v. Precision Contracting Solutions, PC ("PCS"), et al.

Superior Court Case No.: 2019-CA-005047-B

**A.** Notice is given that (person appealing) Stephen Sieber, Derrick Sieber and PCS     is appealing an order/judgment from the:

☐ Tax Division    ☑ Civil Division    ☐ Family Court    ☐ Probate Division

1. Date of entry of judgment or order appealed from (if more than one judgment or order appealed, list all):
   December 18, 2024 (See Attachment)

2. Filing date of any post-judgment motion: None

3. Date of entry of post-judgment order: None

4. Superior Court Judge: Todd Edelman

5. Is the order final (*i.e.*, disposes of all claims and has been entered by a Superior Court Judge, not a Magistrate Judge)?    ☑ YES        ☐ NO

   If no, state the basis for jurisdiction: _____

   Has there been any other notice of appeal filed in this case:    ☐ YES ☐ NO

   If so, list the other appeal numbers: _____

6. If this case was consolidated with another case in this court, list the parties' names and the Superior Court case number: PCS v. Home Advisor, Inc. 2020-CA-001596-B

**B.** Type of Case: ☐ Civil I    ☑ Civil II    ☐ Landlord and Tenant    ☐ Neglect

☐ Termination of Parental Rights    ☐ Adoption    ☐ Guardianship    ☐ Mental Health

☐ Probate    ☐ Intervention    ☐ Domestic Relations    ☐ Mental Retardation

☐ Paternity & Child Support    ☐ Other: _____

**C.** Indicate Status of Case:    ☑ Paid    ☐ In Forma Pauperis    ☐ CCAN

Was counsel appointed in the trial court?    ☐ YES ☑ NO

**(COMPLETE REVERSE SIDE)**

Revised 11/09

**D.**    Provide the names, addresses, and telephone numbers of all parties to be served. For persons represented by counsel, identify counsel and whom the counsel represents. For each person, state whether the person was a plaintiff or defendant in the Superior Court. *Attach additional pages if necessary.

| Name | Address | Party Status (Plaintiff, Defendant) | Telephone No. |
|------|---------|-------------------------------------|---------------|
| See aattachment | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**E.**    Identify the portions of the transcript needed for appeal, including the date of the proceeding, the name of the Court Reporter (or state that the matter was recorded on tape if no Court Reporter was present), the courtroom number where the proceeding was held, and the date the transcript was ordered, or a motion was filed for preparation of the transcript. *Attach additional pages if needed.

| Date of Proceeding/Portion | Reporter/Courtroom No. | Date ordered |
|----------------------------|------------------------|--------------|
| See sttachment | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

☐ **Check this box if no transcript is needed for this appeal.**

**F.**    Person filing appeal:

☐ Plaintiff Pro Se            ☑ Defendant Pro Se

☐ Third Party/Intervenor      ☐ Counsel for Plaintiff

☐ Counsel for Defendant

**ATTACH A COPY OF THE ORDER, JUDGMENT OR DOCKET ENTRY FROM WHICH THIS APPEAL IS TAKEN**

STEPHEN SIEBER, APPELLANT
EDWARD LYLE, ATTORNEY

Print Name of Appellant/Attorney          Signature          Pro-Se    Bar No. 25700

1805-45ᵗʰ St NW DC 20007
(SIEBER)

1250 CONNECTICUT AVE NW
Address SUITE 700
WASHINGTON DC 20036 (LYLE

240-432-3265 (SIEBER) 202-333-4250 (LYLE)
Telephone Number

*Appellant is responsible for ordering and paying the fee for transcript(s) in the Court Reporting and Recording Division, Room 5500. If appellant has been granted In Forma Pauperis status, or had an attorney appointed by the Family Court, *and* transcript is needed for this appeal, appellant must file a Motion for Transcript in Court Reporting and Recording Division, Room 5500. That office number is (202) 879-1009. If that motion is granted, transcript will be prepared at no cost to appellant.

ATTACHMENT

Attachment to Notice of Appeal

A.1   Judgments/Orders Appealed From

Judgment against all defendants, December 18, 2024

- Judgment against Precision Contracting Solutions, LP and Derrick Sieber, individually, December 18, 2024.

Judgment against Stephen Sieber, December 18, 2024

Order (dismissing plaintiffs' claims in the 1596 case and defendants' counterclaims in the 5047 case and granting anti-SLAPP motions of Kenneth Vogel and American University / Natalie Delgadillo in the 1596 and 5047 cases), June 25, 2020

Order [summary judgment], March 4, 2022

Order Granting In Part Motion Kenneth Vogel's Updated Petition for Attorneys' Fees and Costs and Granting In Part AU Defendants' Second Motion for Attorneys' Fees and Costs, October 7, 2022

Order (oral – sanction against S. Sieber), March 30, 2023

Order (fees to American University/Delgadillo) May 2, 2023

Order (granting remedies), December 18, 2024

D.   Parties to be Served

Kevin Vermillion, Esq.
Lindsay Marks, Esq.
Margaret Ulle, Esq.
Office of the D.C. Attorney General
400 Sixth Street NW
Washington D.C. 20001
Tel: 202-890-9261
kevin.vermillion@dc.gov
*Counsel for the District of Columbia*

Anne K. Howard, Esquire
Budow and Noble, P.C.
12300 Twinbrook Parkway, Suite 540
Rockville, MD 20852
T301-654-0896 | F 301-907-9591
ahoward@budownoble.com
*Counsel for Kenneth Vogel*

George Gasper, Esq.
IceMiller
One American Square
Suite 2900
Indianapolis, IN 46282-0200
Tel: 317-236-2275
Fax:317-236-2219
George.Gasper@icemiller.com
*Counsel for ANGI, Inc.*

Charles Tobin, Esq.
Ballard Spahr
1909 K Street, 12th Floor
Washington D.C. 20006-1157
Tel: 202.661.2217
Fax: 202.661.2299
tobinc@ballardspahr.com
*Counsel for American University
and Natalie Delgadillo*


E.    Transcripts Needed  (all in 2019-CA-005047-B)

Date of Proceeding:  June 25, 2020
Reporter:  Shannon Joo
Date Ordered:  March 14, 2023

Date of Proceeding:  March 30, 2023
Reporter:  Shannon Joo
Date Ordered: April 12, 2023

Date of Proceeding:  April 5, 2023
Reporter: Shannon Joo
Date Ordered: April 12, 2023

Date of Proceeding:  May 6, 2024
Reporter:  Shannon Joo
Date Ordered:  May 6, 2024

Date of Proceeding:  May 13, 2024
Reporter:  Scott Bellile
Date Ordered:  July 3, 2024

Date of Proceeding:  May 14, 2024
Reporter:  Scott Bellile
Date Ordered:  July 3,2024

Date of Proceeding:  May 15, 2024
Reporter:  Scott Bellile
Date Ordered:  July 3, 2024

Date of Proceeding:  May 16, 2024
Reporter:  Scott Bellile
Date Ordered: July 3, 2024

Date of Proceeding:  May 20, 2024
Reporter: Shannon Joo
Date Ordered:  July 3, 2024

Date of Proceeding:  May 21, 2024
Reporter: Shannon Joo
Date Ordered:  July 3, 2024

Date of Proceeding:  May 22, 2024
Reporter: Shannon Joo
Date Ordered:  July 3, 2024

Date of Proceeding:  May 23, 2024
Reporter: Shannon Joo
Date Ordered: July 3, 2024

Date of Proceeding:  May 28, 2024
Reporter:  Shannon Joo
Date Ordered:  July 29, 2024

Date of Proceeding:  May 29, 2024
Reporter: Mahalia Davis
Date Ordered:  July 29, 2024

# JUDGMENTS

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

DISTRICT OF COLUMBIA,         :
                       :

    Plaintiff,               :
                       :      **Case No. 2019 CA 5047 B**

    v.                    :      **Judge Todd E. Edelman**
                       :

PRECISION CONTRACTING   :
SOLUTIONS, LP, *et al.*,       :
                       :

    Defendants.           :

### <u>JUDGMENT</u>

For the reasons set forth in the Order issued this day, it is this 18th day of December, 2024 hereby

ORDERED that Judgment is entered in favor of Plaintiff District of Columbia and against Defendants Precision Contracting Solutions, LP, Derrick Sieber, and Stephen Sieber, jointly and severally, in the amount of $2,200,235.39, plus post-judgment interest to accrue at the statutory rate *per annum* on the unpaid principal balance until the full amount is paid.

 

Todd E. Edelman
Associate Judge
(Signed in Chambers)

*Copies to:*

Kevin Vermillion, Esq.
Lindsay Marks, Esq.
Margaret Ulle, Esq.
*Counsel for District of Columbia*
Kevin.vermillion@dc.gov
Lindsay.marks@dc.gov
Margaret.ulle@dc.gov

Edward W. Lyle
*Counsel for Precision Contracting Solutions, LP and Derrick S. Sieber*
Ewlyle@west1805.com

Stephen C. Sieber
*Pro Se Defendant*
Marco.stevie@gmail.com

2

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 2019 CA 5047 B** |
| **v.** | : | **Judge Todd E. Edelman** |
| | : | |
| **PRECISION CONTRACTING** | : | |
| **SOLUTIONS, LP,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

## <u>JUDGMENT</u>

For the reasons set forth in the Order issued this day, it is this 18th day of December, 2024 hereby

ORDERED that Judgment is entered in favor of Plaintiff District of Columbia and against Defendants Precision Contracting Solutions, LP and Derrick Sieber, jointly and severally, in the amount of $629,128.85, plus post-judgment interest to accrue at the statutory rate *per annum* on the unpaid principal balance until the full amount is paid.


                                          Todd E. Edelman
                                          Associate Judge
                                          (Signed in Chambers)

*Copies to:*

Kevin Vermillion, Esq.
Lindsay Marks, Esq.
Margaret Ulle, Esq.
*Counsel for District of Columbia*
Kevin.vermillion@dc.gov
Lindsay.marks@dc.gov
Margaret.ulle@dc.gov

Edward W. Lyle
*Counsel for Precision Contracting Solutions, LP and Derrick S. Sieber*
Ewlyle@west1805.com

Stephen C. Sieber
*Pro Se Defendant*
Marco.stevie@gmail.com

2

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 2019 CA 5047 B** |
| **v.** | : | **Judge Todd E. Edelman** |
| | : | |
| **PRECISION CONTRACTING** | : | |
| **SOLUTIONS, LP,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

### <u>JUDGMENT</u>

For the reasons set forth in the Order issued this day, it is this 18th day of December, 2024 hereby

ORDERED that Judgment is entered in favor of Plaintiff District of Columbia and against Defendant Stephen Sieber in the amount of $138,000.00, plus post-judgment interest to accrue at the statutory rate *per annum* on the unpaid principal balance until the full amount is paid.

Todd E. Edelman
Associate Judge
(Signed in Chambers)

*Copies to:*

Kevin Vermillion, Esq.
Lindsay Marks, Esq.
Margaret Ulle, Esq.
*Counsel for District of Columbia*
Kevin.vermillion@dc.gov
Lindsay.marks@dc.gov
Margaret.ulle@dc.gov

Edward W. Lyle
*Counsel for Precision Contracting Solutions, LP and Derrick S. Sieber*
Ewlyle@west1805.com

Stephen C. Sieber
*Pro Se Defendant*
Marco.stevie@gmail.com

2