UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

Greenbelt Division

In re:

**DERRICK STEPHEN SIEBER, Debtor**

Case No. 20-20702-LSS

Chapter 7

**OBJECTION TO MOTION FOR RELIEF FROM STAY AND REQUEST TO CONTINUE HEARING**

Debtor, Derrick Stephen Sieber ("Debtor"), submits this Objection to the Motion for Relief from Stay and Motion to Proceed with Adversary Proceeding filed by the Office of the Attorney General for the District of Columbia (by Nancy Alper), and requests that the scheduled hearing be continued. In support, Debtor states as follows:

1. The Movant seeks relief from the automatic stay and requests permission to proceed with Adversary Proceeding No. 21-00253. The underlying claims in that adversary proceeding arise from matters that are currently under appellate review before the District of Columbia Court of Appeals.

2. In addition to the ongoing appeal in the District of Columbia Court of Appeals, Debtor is also a Plaintiff in a related federal action currently pending in the United States District Court for the District of Columbia, Case No. 1:24-cv-03247, before the Honorable Judge Ana C. Reyes. A ruling favorable to the Debtor in either case (the DC Court of Appeals case or the Federal District Court case) would dispose of, or substantially narrow, the issues forming the basis of the adversary proceeding at issue here.

3. Proceeding with the adversary proceeding while two separate courts are reviewing the same related factual and legal matters risks inconsistent rulings, duplicative litigation, and inefficient use of judicial and party resources.

4. Judicial economy strongly favors maintaining the stay pending the resolution of both the District of Columbia Court of Appeals matter and the related federal action. Allowing



the adversary proceeding to move forward now would be improper and could render the appellate and federal review processes ineffectual.

5. Additionally, Debtor's counsel in both the DC Superior Court litigation and the federal action, Attorney Edward Lyle, was hospitalized at Georgetown MedStar Hospital on October 29, 2025, and is scheduled for surgery on Saturday. Debtor respectfully requests additional time for counsel to recover and resume participation.

6. Debtor does not seek delay for improper purpose, but to ensure due process and avoid conflicting adjudications across multiple courts.

7. Regarding filing timeliness, the Court's records previously contained an outdated mailing address for Debtor, causing delayed receipt of the Deficiency Notice. Debtor has updated his address with the Clerk. Pursuant to the Deficiency Notice, objections were due October 29, 2025, plus three days for non-electronic service. This Objection, filed October 30, 2025, is timely.

**WHEREFORE, Debtor respectfully requests that this Court:**

a) Deny the Motion for Relief from Stay; or, in the alternative,

b) Continue the hearing until resolution of (i) the pending District of Columbia Court of Appeals matter and (ii) the federal action in the U.S. District Court for the District of Columbia, Case No. 1:24-cv-03247; and

c) Grant such other relief as the Court deems just and proper.

Dated: October 30, 2025

/s/ Derrick Stephen Sieber

Derrick Stephen Sieber (Pro Se)

10905 Oakwood Street

Silver Spring, MD 20901

derrick.precision@gmail.com

202-302-1990

## CERTIFICATE OF SERVICE

I certify that on October 30, 2025, I served a true and correct copy of the foregoing Objection via electronic mail upon:

Nancy Alper

Assistant Attorney General

Office of the Attorney General for the District of Columbia

nancy.alper@dc.gov

/s/ Derrick Stephen Sieber