Entered: November 3rd, 2025
Signed: October 31st, 2025
**SO ORDERED**



Lori Simpson
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **20−20702 − LSS**    Chapter: **7**    Adversary No.: **21−00253**

**Derrick Stephen Sieber**
Debtor

**District of Columbia**
Plaintiff

vs.

**Derrick Stephen Sieber**
Defendant

## ORDER DENYING MOTION TO LIFT STAY AND RESUME LITIGATION

Upon consideration of the Motion to Lift the Stay and Resume Litigation in the Adversary Proceeding [Dkt. No. 78], filed by Plaintiff, District of Columbia, and the Objection [Dkt. No. 79], filed by Defendant, Derrick Stephen Sieber, the Court has determined that no hearing is necessary and, in the interest of judicial economy, that the stay of this adversary proceeding should remain in effect pending resolution of the appeal in the District of Columbia court. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Lift the Stay and Resume Litigation in the Adversary Proceeding [Dkt. No. 78] is DENIED; and it is further,

ORDERED, that Plaintiff shall file a line providing a status update of the appeal in the District of Columbia on May 1, 2026, and each six months thereafter until final resolution of the appeal.

cc:    Plaintiff

   Attorney for Plaintiff – Nancy Alper

   Defendant

   Attorney for Defendant – PRO SE

**End of Order**